

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2025

No. 04-25-00380-CV

**WEBBER, LLC**,
Appellant

v.

Marcos **SAENZ**, Individually and as
Next of Friend of S.S. and M.S.S., Minor Children,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2020CV05025
Honorable David J. Rodriguez, Judge Presiding

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Velia J. Meza, Justice

In accordance with this court's opinion of this date, this appeal is **DISMISSED** for want of jurisdiction. Costs of the appeal are taxed against appellant, Webber, LLC.

It is so **ORDERED** on August 6, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2025.

_____
Caitlin A. McCamish, Clerk of Court